# Court of Appeals of the State of Georgia

ATLANTA,  May 15, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1999. BRIGHT AUTO WORLD, LLC v. TORRY N. ROBINSON.**

Bright Auto World, LLC filed a petition to set aside a default judgment under OCGA § 9-11-60(d). The trial court denied the petition, and Bright Auto World appealed directly to this Court. The appellee, Torry Robinson, has filed a motion to dismiss the appeal on the basis that the case is subject to the discretionary appeals procedure. We agree.

An appeal from the denial of a motion to set aside under OCGA § 9-11-60(d) must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(8), (b); *Lemcon USA Corp. v. Icon Technology Consulting*, 301 Ga. 888, 892 (804 SE2d 347) (2017). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Bright Auto World failed to follow the required appellate procedure, the motion to dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/15/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.